# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2013

147380 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TERRI KETT,
      Plaintiff-Appellee,

v

      SC: 147380
      COA: 316151
      Wayne CC: 12-002355-NH

AYOUB SAYEG and SAYEG PLASTIC
SURGERY CENTER,
      Defendants-Appellants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2013



Clerk

p1029